UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARTHA HALL,**

          Plaintiff,

vs.                                    CASE NO. 8:14-cv-00571-EAK-TGW

**UNITED DEBT HOLDING LLC,**

          Defendant.
_____/

<u>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

COME NOW, the Parties herein, by and through their undersigned counsel, and will represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal With Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

DATED this 17 day of June, 2014.

| | |
|---|---|
| *s/ James Giardina* | *s/ David Peltan* |
| James S. Giardina, Esq. | David G. Peltan, Esq. |
| Florida Bar Number 0942421 | Florida Bar Number 989282 |
| The Consumer Rights Law Group, PLLC | Peltan Law, PLLC |
| 3104 W. Waters Avenue, Suite 200 | 128 Church Street |
| Tampa, Florida 33614-2877 | East Aurora, NY 14052 |
| Tel: (813) 435-5055 ext 101 | (716) 655-3887 office |
| Fax: (866) 535-7199 | (716) 374-5431 mobile |
| James@ConsumerRightsLawGroup.com | davidpeltan@peltanlaw.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |